IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 2 2015

MATTHEW J. DYKMAN
CLERK

JASON ROMERO,

    Plaintiffs,

vs.

GC SERVICES, LP.,

    Defendant.

Civil Case No.: 6:15-cv-00074

5/12/15

# [PROPOSED] ORDER OF STIPULATION OF DISMISSAL

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the above-reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Judge
United States District Judge